AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2014 FEB -5 P 3: 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

CHRISTINA FERGUSON )
6102 44th Place )
Riverdale Park, Maryland 20737 )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:14CV124
)
NATHANIEL CASEY MARGENAU, et al. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATHANIEL CASEY MARGENAU
Plan Administrator and Trustee of the
NCM Realty, Inc. Defined Benefit Pension Plan
7302 Peter Place
McLean, Virginia 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karl W. Pilger (VSB No. 18788)
Boring & Pilger, P.C.
307 Maple Avenue West, Suite D
Vienna, Virginia 22180-4307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2014 FEB -5 P 3: 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| CHRISTINA FERGUSON<br>6102 44th Place<br>Riverdale Park, Maryland 20737 | )<br>)<br>)<br>) | |
| *Plaintiff(s)* | )<br>) | |
| v. | ) | Civil Action No. 1:14cv124 |
| NATHANIEL CASEY MARGENAU, et al. | )<br>)<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARGENAU & ASSOCIATES, INC.
7302 Peter Place
McLean, Virginia 22102
SERVE: N. Casey Margenau
Registered Agent
7302 Peter Place
McLean, Virginia 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karl W. Pilger (VSB No. 18788)
Boring & Pilger, P.C.
307 Maple Avenue West, Suite D
Vienna, Virginia 22180-4307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2014 FEB -5 P 3: 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| CHRISTINA FERGUSON<br>6102 44th Place<br>Riverdale Park, Maryland 20737 | )<br>)<br>)<br>)<br>)<br>) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:14CV124 |
| NATHANIEL CASEY MARGENAU, et al. | )<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NCM REALTY, INC. DEFINED BENEFIT PENSION PLAN
7302 Peter Place
McLean, Virginia 22102
SERVE: N. Casey Margenau
Plan Administrator and Trustee
7302 Peter Place
McLean, Virginia 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karl W. Pilger (VSB No. 18788)
Boring & Pilger, P.C.
307 Maple Avenue West, Suite D
Vienna, Virginia 22180-4307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*